UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LAURITZEN BULKERS A/S, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )     3:25-CV-483-KAC-JEM |
| | ) |
| TWIN PINES MINERALS, LLC, et al.; | ) |
| | ) |
|    Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SMARTBANK, | ) |
| | ) |
|    Garnishee. | ) |

## ORDER

This case is before the Court on Plaintiff's (1) Ex Parte Motion for Order Authorizing Issue of Process of Maritime Attachment and Garnishment [Doc. 8, *sealed]; (2) Ex Parte Motion for Appointment for Service of Process of Maritime Garnishment [Doc. 9, *sealed]; and (3) Motion to Expedite [Doc. 10, *sealed]. Upon consideration of Plaintiff's Motions and Plaintiff's Verified Complaint [Doc. 1], pursuant to Supplemental Rule B, the Court on an expedited basis **GRANTS** the Motions [Docs. 8, 9, 10]. The Court **ORDERS**:

The Clerk of the Court **SHALL** issue pursuant to Supplemental Rule B, the requested process of maritime attachment and garnishment [Doc. 8-2];

The Court **APPOINTS J. Stephen Simms** or any other qualified person appointed by him to serve the Process of Maritime Attachment and Garnishment and a copy of this Order;

Pursuant to Supplemental Rule B(1)(d)(ii), that **J. Stephen Simms** or any other qualified person appointed by him **SHALL** execute the writs with notice to all persons claiming any interest therein to appear and file their Claims and Answer the Verified Complaint;

The Clerk of this Court is authorized to issue pursuant to Supplemental Rule B, as detailed in the Verified Complaint, Process of Maritime Attachment and Garnishment for all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendants, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, with this Order being equally applicable with respect to the issuance and service of additional writs of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

Any person claiming an interest in the property attached or garnished pursuant to this Order and Rule B writ **SHALL**, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted;

Supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further order of the Court;

Following initial service of process of maritime attachment and garnishment on any Garnishee, supplemental service of maritime attachment and garnishment writs on that Garnishee and related papers may be made by way of facsimile transmission or email to each such Garnishee;

Service on any Garnishee as described above is deemed continuous throughout the day from the time of service through the opening of the Garnishee's business the next business day;

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means; and

A copy of this Order **SHALL** be served with each writ of maritime attachment and garnishment.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge